

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00715-CV

Patrick **MINOR**,
Appellant

v.

**DIVERSE FACILITY SOLUTIONS, INC.**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-00587
Honorable Marisa Flores, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: September 27, 2023

DISMISSED FOR LACK OF JURISDICTION

Appellant attempts to appeal the trial court's order granting Diverse Facility Solutions, Inc.'s motion for summary judgment.[1] A timely filed notice of appeal is necessary to invoke this court's jurisdiction. *See Sweed v. Nye*, 323 S.W.3d 873, 875 (Tex. 2010); *N. Cent. Baptist Hosp. v. Chavez*, No. 04-20-00590-CV, 2021 WL 983351, at *1 (Tex. App.—San Antonio Mar. 17, 2021, no pet.) (mem. op.). In this case, the trial court signed the summary judgment on June 5, 2023. Because appellant did not file a motion for new trial, motion to modify judgment, motion

---

[1] The summary judgment disposed of all pending parties and claims.

for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on July 5, 2023. *See* TEX. R. APP. P. 26.1. A motion for extension of time to file the notice of appeal was due on July 20, 2023. *See id.* 26.3. Appellant did not file his notice of appeal until August 3, 2023, and he did not file a motion for extension of time pursuant to Rule 26.3. *See id.*

On August 15, 2023, we informed appellant his notice of appeal was not timely filed and ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."). We cautioned appellant that we would dismiss the appeal if he did not respond to our show cause order by August 28, 2023. To date, appellant has not responded to our order. Accordingly, we dismiss this appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM